**Order entered June 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01507-CV

**HOLLY HENDERSON, FORMERLY KNOWN AS, HOLLY CITELLI, Appellant**

**V.**

**STEPHEN E. CHRISMAN AND TRACI L. CHRISMAN, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01374-2009**

## ORDER

We **GRANT** appellees' May 28, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than June 15, 2015.

/s/     CRAIG STODDART
           JUSTICE